NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINA FAU, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>PROTECTIVE LIFE CORPORATION, a Delaware corporation; and DOES 1-10, Inclusive,<br><br>     Defendants. | Case No.   ED CV 12-01836-TJH(SPx)<br><br>**ORDER RE REQUEST FOR VOLUNTARY DISMISSAL [JS-6]**<br><br>Complaint Filed:  October 23, 2012 |

The Court, having considered the concurrently filed Request for Voluntary Dismissal filed by Plaintiff Sina Fau on December 17, 2012, finds that this action should be dismissed with prejudice as to Plaintiff's claims and without prejudice to the class.

Dated: December 20, 2012

_____
Hon. Terry J. Hatter, Jr.
United States District Judge